eral *Biddle* for the United States. *Messrs. M. Carl Levine* and *David Morgulas* for respondent.

No. 510. ESTATE OF ABENDROTH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 511. ESTATE OF BLACQUE ET AL. *v.* SAME. November 18, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Rollin Browne, James D. Ouchterloney,* and *George Craven* for petitioners. *Solicitor General Biddle* for respondent. Reported below: 114 F. 2d 1017.

No. 516. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* RICHTER. November 18, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted, limited to the first question presented by the petition for the writ. *Solicitor General Biddle* for petitioner. *Messrs. Richard H. Wilmer* and *Douglas L. Hatch* for respondent.

No. 517. HORT *v.* COMMISSIONER OF INTERNAL REVENUE. November 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the first question presented by the petition for the writ. *Messrs. Walter J. Rosston* and *Edwin Hort* for petitioner. *Solicitor General Biddle* for respondent.

No. 537. FASHION ORIGINATORS' GUILD OF AMERICA, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. November 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs.*